**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 19-CV-14386-DMM**

VICKI DAMERON,

    Plaintiff,

v.

IVOX SOLUTIONS, LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on May 21, 2020. (DE 33). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall **CLOSE this CASE.**

3. The Clerk shall also **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 21st day of May, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE